James Arthur SMITH, Plaintiff–Appellant,

v.

Lisa Ann BERTINI, Defendant–Appellee.

No. 16-1774

United States Court of Appeals, Fourth Circuit.

Submitted: October 13, 2016

Decided: October 17, 2016

James Arthur Smith, Appellant Pro Se. Mary Teresa Morgan, Golightly, Mulligan & Morgan, PLC, Chesapeake, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Arthur Smith appeals the district court's order granting Lisa Ann Bertini's motion to dismiss Smith's civil complaint

against Bertini. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. Smith v. Bertini, No. 2:15–cv–00509–AWA–LRL (E.D. Va. Feb. 22, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED